UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MISTI LEON, as personal representative of the ESTATE OF JULIANA LEON, a deceased Individual,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; BP P.L.C.; BP AMERICA INC.; OLYMPIC PIPE LINE COMPANY LLC; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; SHELL PLC; SHELL USA, INC.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; and PHILLIPS 66 COMPANY,<br><br>Defendants. | Case No. 2:25-cv-1190<br><br>CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT<br><br>[Removal from Superior Court of the State of Washington, King County, Cause No. 25-2-15986-8 SEA] |

I, Robert M. McKenna, certify that on this day I caused copies of the Notice of Removal to Federal Court to be served on counsel for plaintiff via electronic service and email at the below addresses:

Timothy Bechtold, Bechtold Law Firm, tim@bechtoldlaw.net
Alizabeth Brondson, Brondson Law Firm, brondsonlaw@gmail.com

I certify under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 25th day of June, 2025 in Seattle, Washington.

*s/Robert M. McKenna*
Robert M. McKenna

---

CERTIFICATE OF SERVICE OF NOTICE
OF REMOVAL TO FEDERAL COURT

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300