UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MISTI LEON, as personal representative of the ESTATE OF JULIANA LEON, a deceased individual,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; BP P.L.C.; BP AMERICA INC.; OLYMPIC PIPE LINE COMPANY LLC; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; SHELL PLC; SHELL U.S.A., INC.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; and PHILLIPS 66 COMPANY,<br><br>Defendants. | Case No. 2:25-cv-01190-MJP<br><br>STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE<br><br>Noted for Hearing: July 1, 2025 |

Gibson, Dunn & Crutcher LLP

STIPULATED MOTION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

Plaintiff Misti Leon, as personal representative of the estate of Juliana Leon, together with Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, BP p.l.c., BP America Inc., Olympic Pipe Line Company LLC, Chevron Corporation, Chevron U.S.A. Inc., Shell PLC, Shell U.S.A., Inc., ConocoPhillips, ConocoPhillips Company, Phillips 66, and Phillips 66 Company (collectively, "Defendants" (Plaintiff and Defendants are collectively referred to herein as "the Parties")) stipulate as follows and jointly move the Court to set the schedule specified in this stipulated motion for briefing of Plaintiff's anticipated Motion to Remand and Defendants' anticipated Motions to Dismiss.

1. On May 28, 2025, Plaintiff filed a complaint against Defendants in King County Superior Court, Case No. 25-2-15986-8 SEA (the "Complaint").

2. On June 25, 2025, Defendants Chevron Corporation and Chevron U.S.A. Inc., with the consent of all properly named and served Defendants, timely removed this action from the Superior Court to this Court.

3. July 2, 2025, is certain Defendants' current deadline to respond to the Complaint. See Fed. R. Civ. P. 81(c)(2)(C).

4. Plaintiff intends to file a Motion to Remand, which Defendants intend to oppose.

5. If the Court denies the Motion to Remand, Defendants also intend to file threshold motions including, but not limited to, Motions to Dismiss under Federal Rule of Civil Procedure 12(b)(6). Certain Defendants also intend to file motions to dismiss under Federal Rules of Civil Procedure 12(b)(2), 12(b)(4), or 12(b)(5) instead of answering the Complaint (collectively, "Motions to Dismiss").[1]

6. To advance the interests of efficiency and judicial economy, the Parties propose that Defendants file their Motions to Dismiss the Complaint after Plaintiff files her Motion to Remand and the Court resolves that motion.

---

[1] The Parties do not intend for this stipulated motion to operate as an admission of any factual allegation or legal conclusion and it is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject matter jurisdiction, or lack of personal jurisdiction, insufficient process, or insufficient service of process.

Gibson, Dunn & Crutcher LLP

STIPULATED MOTION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE

2

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

7. The Parties have therefore negotiated, and move the Court to set, the following briefing schedule:

   a. Plaintiff's Motion to Remand must be filed by July 25, 2025. Defendants' oppositions must be filed by August 26, 2025. Any reply must be filed by September 9, 2025.

   b. No Defendant must file an Answer or Motion to Dismiss or otherwise respond to the Complaint before the Court's order on Plaintiff's Motion to Remand.

   c. If the Court denies Plaintiff's Motion to Remand, Defendants will file their Motions to Dismiss within 45 days of the Court's order denying Plaintiff's Motion to Remand. The Parties will also promptly meet and confer regarding an appropriate briefing schedule and plan for oppositions and replies and word limits for briefing on the Motions to Dismiss and will use their best efforts to jointly submit a proposal to the Court within 14 days of the Court's order denying Plaintiff's Motion to Remand. If the Parties cannot agree on a proposed briefing schedule, they will submit separate proposals to the Court.

   d. If the Court denies Defendants' Motions to Dismiss, Defendants' answers shall be due within 45 days of the Court's denial of the last of the motions or the filing of any amended complaint permitted by the Court.

   e. If the Court grants Plaintiff's Motion to Remand, the Parties agree to make a joint submission to the Superior Court requesting the following schedule: Defendants will file any Motions to Dismiss within 45 days of the action being remanded to the Superior Court, and the Parties will promptly meet and confer and try to propose a full briefing schedule and plan for those motions within 14 days of the remand order's taking effect.

   f. No presently unserved Defendant must file an Answer or Motion to Dismiss or otherwise respond to the Complaint before the deadlines specified herein for any served Defendant.

Gibson, Dunn & Crutcher LLP

STIPULATED MOTION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE

3

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

g. Defendants reserve the right to seek a further extension of time to respond to the Complaint and the Parties reserve the right to request that the Court stay proceedings.

h. The deadline to serve Rule 26(a) Initial Disclosures and the issuance of a Rule 16(b) Scheduling Order shall be stayed until no fewer than 30 days after the Court has ruled on Plaintiff's Motion to Remand.

i. Defendants do not, by agreeing to these procedures to have the Court consider and adjudicate the Motion to Remand before any other proceedings, waive their objections to personal jurisdiction, insufficient process, or insufficient service of process. Plaintiff agrees that she will not assert in federal or state court that there has been any waiver of personal jurisdiction because of the Parties' agreement to have the Court consider and adjudicate the Motion to Remand before the filing of Motions to Dismiss.

8. The Parties recognize that the Court may not be able to enter an order reflecting the stipulated briefing schedule above before Defendants' current deadline to respond to the Complaint, and the Parties thus agree to abide by the terms of this stipulated motion if the Court cannot act before that time.

9. Thus, the Parties jointly ask the Court to grant this stipulated motion.

Counsel certifies that this memorandum contains 860 words, in compliance with the Local Civil Rules.

Gibson, Dunn & Crutcher LLP

STIPULATED MOTION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE

4

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

DATED: July 1, 2025

| | |
|---|---|
| **BECHTOLD LAW FIRM, PLLC** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| By: */s/Timothy M. Bechtold* <br> Timothy M. Bechtold, WSBA #63495 <br> P.O. Box 7051 <br> Missoula, MT 59807-7051 <br> 406-721-1435 <br> tim@bechtoldlaw.net <br><br> *Attorney for Plaintiff* | By: *s/ Robert M. McKenna* <br> Robert M. McKenna (WSBA No. 18327) <br> rmckenna@orrick.com <br> Mark S. Parris (WSBA No. 13870) <br> mparris@orrick.com <br> Aaron P. Brecher (WSBA No. 47212) <br> andrew.cook@orrick.com <br> 401 Union Street, Suite 3100 <br> Seattle, WA 98101 <br> Telephone: 206.839.4300 <br> Facsimile: 206.839.4301 |

**GIBSON, DUNN & CRUTCHER LLP**

Theodore J. Boutrous, Jr., *pro hac vice forthcoming*
tboutrous@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
Joshua D. Dick, *pro hac vice forthcoming*
jdick@gibsondunn.com
One Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.374.8451

*Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.*

Gibson, Dunn & Crutcher LLP

STIPULATED MOTION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE

5

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

| | |
|---|---|
| **BYRNES KELLER CROMWELL LLP**<br>By: *s/Bradley S. Keller*<br>Bradley S. Keller (WSBA No. 10665)<br>bkeller@byrneskeller.com<br>Joshua B. Selig (WSBA No. 39628)<br>jselig@byrneskeller.com<br>1000 Second Ave., 38th Fl.<br>Seattle, WA 98104<br>Tel: 206.622.2000 | **STOEL RIVES LLP**<br>By: *s/Vanessa Soriano Power*<br>Vanessa Soriano Power (WSBA No. 30777)<br>Vanessa.power@stoel.com<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Tel: 206.624.0900 |

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Theodore V. Wells, Jr. (*Pro Hac Vice forthcoming*)
twells@paulweiss.com
Daniel J. Toal (*Pro Hac Vice forthcoming*)
dtoal@paulweiss.com
Yahonnes Cleary (*Pro Hac Vice forthcoming*)
ycleary@paulweiss.com
Caitlin E. Grusauskas (*Pro Hac Vice forthcoming*)
cgrusauskas@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Tel. 212.373.3000

*Attorneys for Defendants EXXON MOBIL CORPORATION and EXXONMOBIL OIL CORPORATION*

**ARNOLD & PORTER KAYE SCHOLER LLP**
Diana E. Reiter (*Pro Hac Vice forthcoming*)
diana.reiter@arnoldporter.com
250 West 55th Street
New York, NY 10019-9710
Tel: 212.836.8383

John D. Lombardo (*Pro Hac Vice forthcoming*)
john.lombardo@arnoldporter.com
Angel T. Nakamura (*Pro Hac Vice forthcoming*)
angel.nakamura@arnoldporter.com
777 South Figueroa Street, 44th Fl.
Los Angeles, CA 90017-5844
Tel: 213.243.4000

Jonathan W. Hughes (*Pro Hac Vice forthcoming*)
jonathan.hughes@arnoldporter.com
Three Embarcadero Center, 10th Fl.
San Francisco, WA 94111-4024
Tel: 415.471.3100

*Attorneys for Defendants BP p.l.c. and BP America Inc.*

Gibson, Dunn & Crutcher LLP

STIPULATED MOTION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE

6

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

**CORR CRONIN LLP**
By: /s/ Timothy A. Bradshaw
Timothy A. Bradshaw, WSBA No. 17983
Jeff Bone, WSBA No. 43965
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
tbradshaw@corrcronin.com
jbone@corrcronin.com
tainsworth@corrcronin.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Hallie B. Levin (*pro hac vice forthcoming*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: hallie.levin@wilmerhale.com

Matthew T. Martens (*pro hac vice forthcoming*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6921
Facsimile: (202) 663-6363
Email: matthew.martens@wilmerhale.com

Robert Kingsley Smith (*pro hac vice forthcoming*)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6759
Facsimile: (617) 526-5000
Email: robert.smith@wilmerhale.com

*Attorneys for Defendants ConocoPhillips and ConocoPhillips Company*

**SUMMIT LAW GROUP, PLLC**
By: /s/Alexander A. Baehr
Alexander A. Baehr (WSBA No. 25320)
alexb@summitlaw.com
Molly J. Gibbons (WSBA No. 58357)
mollyg@summitlaw.com
315 Fifth Ave. South, Suite 1000
Seattle, WA 98104
Tel: 206.676.7000

**LATHAM & WATKINS LLP**
Nicole C. Valco (*Pro Hac Vice forthcoming*)
nicole.valco@lw.com
Katherine A. Rouse (*Pro Hac Vice forthcoming*)
katherine.rouse@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111-6538
Tel: 415.391.0600

Sean M. Berkowitz (*Pro Hac Vice forthcoming*)
sean.berkowitz@lw.com
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611

*Attorneys for Defendants Phillips 66 and Phillips 66 Company*

**BEVERIDGE & DIAMOND, P.C.**
By: /s/Loren R. Dunn
Loren R. Dunn (WSBA No. 17135)
ldunn@bdlaw.com
Spencer N. Gheen (WSBA No. 43343)
sgheen@bdlaw.com
Katherine S. O'Keefe (WSBA No. 60492)
kokeefe@bdlaw.com
600 University Street, Ste. 1601
Seattle, WA 98101
Phone: 206-315-4810

Julius M. Redd, *pro hac vice forthcoming*
jredd@bdlaw.com
1900 N. Street, NW, Ste. 100
Washington, D.C. 20036
Phone: 202-789-6069

*Attorneys for Olympic Pipe Line Company LLC*

Gibson, Dunn & Crutcher LLP

STIPULATED MOTION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE

7

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

**K&L GATES LLP**
By: *s/Kari L. Vander Stoep*
Kari L. Vander Stoep (WSBA No. 35923)
Kari.vanderstoep@klgages.com
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: 206.623.7580

Josh A. Cohen (*pro hac vice* forthcoming)
David Sarratt (*pro hac vice* forthcoming)
Nicholas Folly (*pro hac vice* forthcoming)
Elizabeth Costello (*pro hac vice* forthcoming)
650 California Street
San Francisco, CA 94108
Tel.: (415) 738-5700
Fax: (415) 644-5628
jacohen@debevoise.com
dsarratt@debevoise.com
nfolly@debevoise.com
ecostello@debevoise.com

Maura K. Monaghan (*pro hac vice* forthcoming)
66 Hudson Boulevard
New York, NY 10001
Tel.: (212) 909-6000
Fax: (212) 909-6836
mkmonaghan@debevoise.com

*Attorneys for Shell plc and Shell USA, Inc. (f/k/a Shell Oil Company)*

Gibson, Dunn & Crutcher LLP

STIPULATED MOTION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE

8

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulated motion, IT IS SO ORDERED.

Dated: July 3, 2025

*[signature]*

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE

9

Gibson, Dunn & Crutcher LLP

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000