THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MISTI LEON, as personal representative of the ESTATE OF JULIANA LEON, a deceased individual,<br><br>        Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; BP P.L.C.; BP AMERICA INC.; OLYMPIC PIPE LINE COMPANY LLC; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; SHELL PLC; SHELL U.S.A., INC.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; and PHILLIPS 66 COMPANY,<br><br>        Defendants. | Case No. 2:25-cv-01190-MJP<br><br>**DECLARATION OF SPENCER GHEEN IN SUPPORT OF MOTION TO SEAL THE DECLARATIONS OF CHRISTINE MILLER, ARCLIGHT ENERGY PARTNERS FUND VI, L.P. AND SANDRA RUTOVA, SIXTH STREET, LLC AND ENTER PROTECTIVE ORDER** |

I, Spencer N. Gheen, declare and state as follows:

1. I am over the age of 18 and competent to testify to the matters set forth in this declaration. I make this declaration based on personal knowledge.

2. I am an attorney of record for Defendant Olympic Pipe Line Company LLC ("Defendant") in the above-captioned matter.

DECLARATION OF SPENCER GHEEN IN SUPPORT OF MOTION TO SEAL THE DECLARATIONS OF CHRISTINE MILLER, ARCLIGHT ENERGY PARTNERS FUND VI, L.P. AND SANDRA RUTOVA, SIXTH STREET, LLC AND ENTER PROTECTIVE ORDER
Case No. 2:25-cv-01190-MJP **-** Page 1

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

3. I make this declaration in support of Defendant's Motion to Seal and for Entry of a Protective Order pursuant to Local Civil Rule 5(g) of the United States District Court of the Western District of Washington.

4. On October 9, 2025, I conferred with counsel for Plaintiff Misti Leon, as Personal Representative of the Estate of Juliana Leon. Defendant was represented at the conference by Spencer Gheen, Julius Redd, and Katherine O'Keefe. Plaintiff was represented by Timothy Bechtold and Alizabeth Bronsdon.

5. During the conference, I stated Defendant's intention to file a motion to seal two declarations from owner/members offered in support of Defendant's response to the Court's Order to Show Cause. I also noted Defendant's intention to seek a protective order for the same information.

6. I explained the basis for Defendant's motion to seal, the nature of the materials to be filed under seal, and the basis for entry of a protective order.

7. I represented that the declarations offered by Defendant would confirm Defendant's Washington citizenship.

8. I explained that the documents proposed to be filed under seal are offered for the limited purpose of providing the Court with additional information regarding Defendant's citizenship in compliance with the Order to Show Cause.

9. I explained that the declarants have a duty of confidentiality not to disclose the identities of investors.

10. Plaintiff's counsel stated that Plaintiff objects to the motion to seal and to the entry of a protective order.

11. The parties were unable to reach agreement regarding the sealing of the materials or the entry of a protective order.

DECLARATION OF SPENCER GHEEN IN SUPPORT OF MOTION TO SEAL THE DECLARATIONS OF CHRISTINE MILLER, ARCLIGHT ENERGY PARTNERS FUND VI, L.P. AND SANDRA RUTOVA, SIXTH STREET, LLC AND ENTER PROTECTIVE ORDER
Case No. 2:25-cv-01190-MJP - Page 2

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

12. On October 10, 2025, counsel for all defendants in the above-captioned matter participated in a meet and confer regarding Defendant's motion to seal and proposed protective order.

13. All defendants consent to and have no objection to the motion to seal or entry of the proposed protective order.

14. I certify that the parties met and conferred in good faith prior to the filing of Defendant's Motion to Seal and for Entry of Protective Order, as required by Local Civil Rule 5(g)(3)(A).

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 10th day of October, 2025 in Seattle, Washington.

*/s/Spencer Gheen*
Spencer Gheen, Attorney

DECLARATION OF SPENCER GHEEN IN SUPPORT OF MOTION TO SEAL THE DECLARATIONS OF CHRISTINE MILLER, ARCLIGHT ENERGY PARTNERS FUND VI, L.P. AND SANDRA RUTOVA, SIXTH STREET, LLC AND ENTER PROTECTIVE ORDER
Case No. 2:25-cv-01190-MJP - Page 3

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing, which was served on all counsel of record using the Court's CM/ECF system.

DATED: October 10, 2025

*/s/Natasha Johnston*
Natasha Johnston, Legal Assistant

DECLARATION OF SPENCER GHEEN IN SUPPORT OF MOTION TO SEAL THE DECLARATIONS OF CHRISTINE MILLER, ARCLIGHT ENERGY PARTNERS FUND VI, L.P. AND SANDRA RUTOVA, SIXTH STREET, LLC AND ENTER PROTECTIVE ORDER
Case No. 2:25-cv-01190-MJP - Page 4

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800