THE HONORABLE MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MISTI LEON, as personal representative of the ESTATE OF JULIANA LEON, a deceased individual,<br><br>     Plaintiff,<br><br>  v.<br><br>EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; BP P.L.C.; BP AMERICA INC.; OLYMPIC PIPE LINE COMPANY, LLC; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; SHELL PLC; SHELL U.S.A., INC.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; and PHILLIPS 66 COMPANY,<br><br>     Defendants. | Case No. 2:25-cv-01190-MJP<br><br>**DECLARATION OF CHRISTINE MILLER, ARCLIGHT ENERGY PARTNERS FUND VI, L.P. IN SUPPORT OF OLYMPIC PIPE LINE COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE** |

I, Christine Miller, declare and state as follows:

1. I serve as Associate General Counsel for ArcLight Capital Partners, LLC ("ArcLight"), a leading infrastructure investor with a long-standing focus on critical electrification infrastructure since its founding in 2001.  I have served in this role for 21 years and first joined ArcLight in 2004.  In my role with ArcLight, I have responsibilities for investment transactions and provide oversight in connection with the legal issues related to

DECLARATION OF CHRISTINE MILLER, ARCLIGHT ENERGY
PARTNERS FUND VI, L.P. IN SUPPORT OF OLYMPIC PIPE LINE
COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:25-cv-01190-MJP **-** Page 1

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

Docusign Envelope ID: 8A5511C0-29B5-40D7-8B20-7C6CE42370AF

ArcLight's various portfolio companies. ArcLight manages funds that own interests in dozens of portfolio companies. I make this declaration in support of Olympic Pipe Line Company LLC's ("Olympic") Response to the Court's Order to Show Cause. I have personal knowledge of the matters set forth herein and believe them to be true and correct to the best of my knowledge.

2. ArcLight treats the identities of investors in its managed investment funds as highly confidential business information. This information is competitively sensitive and investors rely on our ability to keep their financial information and identities in strict confidence. Public disclosure of this information could negatively impact our brand and undermine our ability to attract and maintain clients.

3. One of ArcLight's managed investment funds, ArcLight Energy Partners Fund VI, L.P. ("ArcLight Fund VI"), through a series of intermediary limited liability companies (LLCs) and limited partnerships (LPs), is the majority owner of SeaPort Pipeline Holdings, LLC, one of two direct member/owners of Olympic.[1]

4. ArcLight Fund VI has over 200 limited partners (the "Fund VI LPs"), many of which are themselves limited partnerships, limited liability companies, or other investment vehicles which, in turn, have numerous beneficial owners. **Exhibit A** to this Declaration lists the tax jurisdiction, investor type, and the investor type pursuant to U.S. Securities and Exchange Commission's rules and regulations, of the Fund VI LPs.

---

[1] The following are the intermediary companies in the chain of ownership for SeaPort Pipeline Holdings, LLC: Arc Light Energy Partners Fund VI, L.P. owns 100% of Pike Petroleum Fund VI Holdings, LLC; Pike Petroleum Fund VI Holdings, LLC owns 58% of Pike Petroleum Holdings, LLC; Pike Petroleum Holdings, LC owns 100% of PPH Management Holdings, LLC; PPH Management Holdings, LLC owns 100% of TLP Acquisition Holdings, LLC; TLP Acquisition Holdings, LLC owns 100% of TLP Finance Holdings, LLC; TLP Finance Holdings, LLC owns 100% of TransMontaigne Partners LLC; TransMontaigne Partners LLC owns 100% of TransMontaigne Operating GP LLC and 100% of the limited partner interests in TransMontaigne Operating Company LP; TransMontaigne Operating GP LLC owns 100% of the general partner interests in TransMontaigne Operating Company LP; TransMontaigne Operating Company LP owns 100% of Pike West Coast Holdings, LLC; Pike West Coast Holdings, LLC owns 100% of SeaPort Financing, LLC; SeaPort Financing, LLC owns 100% of SeaPort Pipelines Holdings, LLC; SeaPort Pipelines Holdings, LLC owns 30% of Olympic Pipe Line Company LLC.

DECLARATION OF CHRISTINE MILLER, ARCLIGHT ENERGY PARTNERS FUND VI, L.P. IN SUPPORT OF OLYMPIC PIPE LINE COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE Case No. 2:25-cv-01190-MJP **-** Page 2

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

5.     One such Fund VI LP is ███████ ("Specified LLC"), a Delaware limited liability company.  Based on my investigation, I am informed and believe that: (i) there are numerous individuals who reside in the State of Washington who are direct members/owners of Specified LLC, (ii) there are numerous individuals who reside in the State of Washington who are trustees of trusts that are direct members of the Specified LLC, although the trusts themselves are Delaware entities, and (iii) there are numerous individuals who reside in the State of Washington who are beneficiaries of these trusts.

6.     ArcLight was able to focus on Specified LLC because it was aware that it likely had beneficial owners who reside in the State of Washington.  However, ArcLight does not possess information on the identities of every beneficial owner of the Fund VI LPs, and fully identifying each such owner until an underlying corporation or individual is found would be a significantly time-intensive and burdensome task requiring efforts to contact each Fund VI LP that is not itself a corporation or individual (which is the case for the vast majority of the over 200 Fund VI LPs) and acquire additional information regarding those entities' owners until a qualifying individual or entity could be located.  In some cases, it may not be feasible to identify such an owner.  Further, many Fund VI LPs are sensitive regarding information relating to their underlying beneficial owners and are not obligated to provide such information to ArcLight absent a requirement under law, rule, or regulation to do so.  Even in such circumstances, not all Fund VI LPs are obligated to comply with further information requests and the Fund VI LPs themselves may have no right to obtain additional information regarding the beneficial ownership of entities that are indirect owners of their investors.

7.     In addition, the contractual subscription agreement by which fund investors participate in ArcLight Fund VI requires ArcLight and ArcLight Fund VI to maintain investors' information as confidential.  Such requirements are stringent and with limited exceptions (as noted above) as ArcLight Fund VI investors view information relating to their beneficial

DECLARATION OF CHRISTINE MILLER, ARCLIGHT ENERGY
PARTNERS FUND VI, L.P. IN SUPPORT OF OLYMPIC PIPE LINE
COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:25-cv-01190-MJP - Page 3

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

ownership as highly confidential. As a registered investment adviser, ArcLight is required to verify information relating to each of ArcLight's investors, including Fund VI LPs, upon admission to the relevant fund product. Many investors, however, satisfy the applicable obligations (such as anti-money laundering requirements or confirming status as accredited investor) by virtue of providing representation letters that confirm their underlying investors meet applicable securities law requirements and anti-money laundering related representations rather than provide the identities of their underlying beneficial owners. In fact, certain Fund VI LPs are "funds of funds," family trusts, pension funds and similar entities that view their underlying beneficial owner lists as trade secrets and will go to great lengths and great cost and expense to prevent sharing of such information.

8. As noted above, ArcLight and ArcLight Fund VI treat the identity of its investors, including the Fund VI LPs, as confidential and do not disclose it publicly in the ordinary course of business. Disclosure could cause harm to investors who wish to maintain the privacy of their identities and financial information, would harm our client relationships in a highly competitive industry, and place us at a competitive disadvantage. Additionally, given the contracts governing ArcLight's and ArcLight Fund VI's investor relationships, publicly disclosing the identities of investors could subject us to breach of contract claims, absent obtaining express consent from certain investors.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 10th day of October, 2025 in Medway, Massachusetts.



Christine Miller

DECLARATION OF CHRISTINE MILLER, ARCLIGHT ENERGY PARTNERS FUND VI, L.P. IN SUPPORT OF OLYMPIC PIPE LINE COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE Case No. 2:25-cv-01190-MJP - Page 4

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

**CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing, which was served on all counsel of record using the Court's CM/ECF system.

DATED: October 10, 2025

*/s/Natasha Johnston*
Natasha Johnston, Legal Assistant

DECLARATION OF CHRISTINE MILLER, ARCLIGHT ENERGY
PARTNERS FUND VI, L.P. IN SUPPORT OF OLYMPIC PIPE LINE
COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:25-cv-01190-MJP - Page 5

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

# EXHIBIT A

| Fund | Legal Account Name | Tax Jurisdiction | Investor Type | SEC Investor Type | SEC Investor Type |
|---|---|---|---|---|---|
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | FL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | FL | FOF | f | (f) Private funds. |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | IL | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | MA | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | OH | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | OH | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | DE | FOF | f | (f) Private funds. |
| Arclight Energy Partners Fund VI L.P. | | NY | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | CA | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | CA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | IL | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | NY | Government Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | FL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NJ | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CT | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | NY | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | NY | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | PA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | TX | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | MI | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | CA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | FL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CT | FOF | f | (f) Private funds. |
| Arclight Energy Partners Fund VI L.P. | | IL | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | CO | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | FL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CA | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | CT | Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CT | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | DE | FOF | f | (f) Private funds. |
| Arclight Energy Partners Fund VI L.P. | | VA | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | VA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | TN | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | NJ | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NJ | FOF | f | (f) Private funds. |
| Arclight Energy Partners Fund VI L.P. | | Cayman Islands | FOF | f | (f) Private funds. |
| Arclight Energy Partners Fund VI L.P. | | Cayman Islands | FOF | f | (f) Private funds. |
| Arclight Energy Partners Fund VI L.P. | | MA | GP | n | (n) Other: |
| Arclight Energy Partners Fund VI L.P. | | FL | Family Office | n | (n) Other: |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MN | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | IL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | MA | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | MA | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | FL | Corporate | f | (f) Private funds. |
| Arclight Energy Partners Fund VI L.P. | | MO | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MI | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | NJ | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CT | HNW | a | (a) Individuals that are United States persons (including their trusts) |

| Fund | Legal Account Name | Tax Jurisdiction | Investor Type | SEC Investor Type | SEC Investor Type |
|---|---|---|---|---|---|
| Arclight Energy Partners Fund VI L.P. | | NJ | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | TN | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | DE | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | OH | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | MI | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | NE | Corporate | n | (n) Other |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | FL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | United Kingdom | Government Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | LA | Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | FL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | IN | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | OH | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | TN | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | OH | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | ME | Government Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CO | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MN | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | MN | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | DE | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | DE | FoF | f | (f) Private funds |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | FoF | f | (f) Private funds |
| Arclight Energy Partners Fund VI L.P. | | MI | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | MI | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | AL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | MT | Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | NY | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | NY | Government Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | VT | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | VT | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | OH | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | OH | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | MD | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | CT | Corporate | n | (n) Other |
| Arclight Energy Partners Fund VI L.P. | | DC | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | WI | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | WI | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | DE | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | SC | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | OH | Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | OK | Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | TX | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | TX | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | FoF | f | (f) Private funds |
| Arclight Energy Partners Fund VI L.P. | | PA | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | MN | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | CT | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | CT | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | IA | Insurance | f | (f) Private funds |
| Arclight Energy Partners Fund VI L.P. | | NY | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | WA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CT | HNW | a | (a) Individuals that are United States persons (including their trusts) |

| Fund | Legal Account Name | Tax Jurisdiction | Investor Type | SEC Investor Type | SEC Investor Type |
|---|---|---|---|---|---|
| Arclight Energy Partners Fund VI L.P. | | RI | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | MA | Corporate | f | (f) Private funds |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CA | Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | NM | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | AZ | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | FL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NJ | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | MS | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | MI | Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | United Kingdom | Corporate | n | (n) Other |
| Arclight Energy Partners Fund VI L.P. | | NH | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CT | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | TX | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | TX | Government Pension | j | (j) State or municipal government entities (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | ME | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CT | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | TX | Government Pension | k | (k) State or municipal governmental pension plans |
| Arclight Energy Partners Fund VI L.P. | | IL | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | OK | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | AR | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | NY | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | Switzerland | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | Switzerland | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | FL | Nonprofit | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | MA | FOF | f | (f) Private funds |
| Arclight Energy Partners Fund VI L.P. | | VA | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | FL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | IN | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | PA | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | PA | Pension | h | (h) Pension plans (excluding governmental pension plans) |
| Arclight Energy Partners Fund VI L.P. | | GA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | Corporate | n | (n) Other |
| Arclight Energy Partners Fund VI L.P. | | SD | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | SD | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | SD | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | SD | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | DC | SWF | i | (i) Banking or thrift institutions (proprietary) |
| Arclight Energy Partners Fund VI L.P. | | DC | SWF | i | (i) Banking or thrift institutions (proprietary) |
| Arclight Energy Partners Fund VI L.P. | | DC | SWF | i | (i) Banking or thrift institutions (proprietary) |
| Arclight Energy Partners Fund VI L.P. | | MA | Endowment/Foundation | g | (g) Non-profits |
| Arclight Energy Partners Fund VI L.P. | | FL | FOF | f | (f) Private funds |
| Arclight Energy Partners Fund VI L.P. | | MA | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NJ | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CT | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NY | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | DE | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | SC | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | NJ | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | FL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | DC | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | FL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | TN | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | CT | Insurance | d | (d) Insurance companies |
| Arclight Energy Partners Fund VI L.P. | | FL | HNW | a | (a) Individuals that are United States persons (including their trusts) |
| Arclight Energy Partners Fund VI L.P. | | TX | FOF | f | (f) Private funds |