THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MISTI LEON, as personal representative of the ESTATE OF JULIANA LEON, a deceased individual,

        Plaintiff,

v.

EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; BP P.L.C.; BP AMERICA INC.; OLYMPIC PIPE LINE COMPANY LLC; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; SHELL PLC; SHELL U.S.A., INC.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; and PHILLIPS 66 COMPANY,

        Defendants.

Case No. 2:25-cv-01190-MJP

**OLYMPIC PIPE LINE COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE**

Defendant Olympic Pipe Line Company LLC ("Olympic"), in response to the Court's Order to Show Cause (ECF No. 64), provides additional information below regarding Olympic's citizenship. This information establishes that, through certain entities or individuals in the chain of ownership, Olympic is a Washington citizen for purposes of diversity jurisdiction. Olympic's Washington citizenship is not contested.

OLYMPIC PIPE LINE COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:25-cv-01190-MJP **-** Page 1

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

Although parties are generally required to disclose all owners/members for the purpose of establishing citizenship, a more limited disclosure may be appropriate in certain circumstances, including where revealed citizenship would (in the absence of fraudulent joinder) defeat diversity jurisdiction. *See* Fed. R. Civ. P. 7.1(a)(2) Advisory Committee's Note to 2022 Amendment (recognizing that "[d]isclosure might be cut short when a party reveals a citizenship that defeats diversity jurisdiction," particularly when litigants are "more exotic" business-entity structures like joint ventures or limited liability companies, the latter of which has the citizenship of each of its owners attributed to it); *Dance Fitness Michigan, LLC v. AKT Franchise, LLC*, No. 823CV01643JVSJDEX, 2023 WL 7549894, at *3 (C.D. Cal. Nov. 13, 2023) (noting that a limited disclosure may be appropriate in some circumstances, citing the Advisory Committee comments).

As the Court noted, "[f]or purposes of diversity jurisdiction, like a partnership, 'an LLC is a citizen of every state of which its owners/members are citizens.'" Order to Show Cause, ECF. No.64 (quoting *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006)). Where an owner/member of an LLC is a traditional trust, the LLC assumes the citizenship of the trustee. *Parler, LLC v. Amazon Web Servs., Inc.*, No. 2:21-CV-270, 2021 WL 4476918, *3 (W.D. Wash. Sept. 30, 2021). Where an owner/member is a business trust, the LLC is deemed to have the citizenship of the trust's members. *Id.*

Olympic is a limited liability company joint venture with two direct owners/members: BP Midwest Product Pipelines Holdings LLC ("BP Midwest") and SeaPort Pipeline Holdings, LLC ("SeaPort").

1. BP Midwest in turn has two direct owners/members: BP Pipelines (North America) Inc., a Maine corporation headquartered in Illinois, and Lerado Investments, LLC ("Lerado"). Declaration of Sandra Rutova, Sixth Street Partners, LLC in Support of Olympic Pipeline Company LLC's Response to Order to Show Cause ("Rutova Decl."), ¶ 2. Lerado, in

OLYMPIC PIPE LINE COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:25-cv-01190-MJP **-** Page 2

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

turn, is owned, through one or more intermediary entities, by the investors in an investment fund that is managed by Sixth Street Partners, LLC. *Id.* One of the investors in that fund is the Washington State Investment Board, which manages public pension funds for the benefit of, among others, public employees and retirees. Rutova Decl. at ¶ 4.

2. SeaPort likewise is indirectly owned by the investors in an investment fund, ArcLight Energy Partners Fund VI, L.P. ("ALEPF"), through a series of intermediary LLCs and LPs.[1] Declaration of Christine Miller, ArcLight Energy Partners Fund VI, LP in Support of Olympic Pipeline's Response to Order to Show Cause ("Miller Decl."), ¶ 3, fn. 1. At least one of ALEPF's limited partners, which is itself an LLC, has direct individual member/owners who reside in the state of Washington and has trust member/owners where both the individual trustees reside in Washington and the individual beneficiaries reside in Washington. Miller Decl., ¶ 5. Thus, SeaPort, and therefore Olympic, is deemed a citizen of Washington for purposes of diversity jurisdiction.

The evidence of record therefore establishes that Olympic is a Washington citizen for diversity purposes, making disclosure of all of Olympic's owners/members unnecessary. In addition, Sixth Street and ArcLight state that it would be impractical, if not impossible, to identify *each* of Olympic's owners down to the citizenship-relevant individual level given the innumerable entities involved as investors in the funds they manage, especially on the Court's requested timeline. Miller Decl. ¶ 6; Rutova Decl. ¶ 7. Olympic diligently inquired into each

---

[1] ALEPF's investors own SeaPort through the following intermediaries: Arc Light Energy Partners Fund VI, L.P. owns 100% of Pike Petroleum Fund VI Holdings, LLC; Pike Petroleum Fund VI Holdings, LLC owns 58% of Pike Petroleum Holdings, LLC; Pike Petroleum Holdings, LC owns 100% of PPH Management Holdings, LLC; PPH Management Holdings, LLC owns 100% of TLP Acquisition Holdings, LLC; TLP Acquisition Holdings, LLC owns 100% of TLP Finance Holdings, LLC; TLP Finance Holdings, LLC owns 100% of TransMontaigne Partners LLC; TransMontaigne Partners LLC owns 100% of TransMontaigne Operating GP LLC and 100% of the limited partner interests in TransMontaigne Operating Company LP; TransMontaigne Operating GP LLC owns 100% of the general partner interests in TransMontaigne Operating Company LP; TransMontaigne Operating Company LP owns 100% of Pike West Coast Holdings, LLC; Pike West Coast Holdings, LLC owns 100% of SeaPort Financing, LLC; SeaPort Financing, LLC owns 100% of SeaPort Pipelines Holdings, LLC; SeaPort Pipelines Holdings, LLC owns 30% of Olympic Pipe Line Company LLC. Miller Dec., ¶ 3, fn. 1.

OLYMPIC PIPE LINE COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:25-cv-01190-MJP **-** Page 3

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

branch of its ownership prior to filing its corporate disclosure statement and followed up with more inquiry in response to the Court's Order. Those inquiries confirmed, however, that the respective citizenships of owner/members Lerado and SeaPort are ultimately determined by the citizenship of the hundreds of individuals and entities who are investors in the investment funds managed by Sixth Street and ArcLight. Miller Decl., ¶ 4, Ex. A; Rutova Decl., ¶ 3. In some cases, it may not be feasible to identify such an entity or individual at all. Miller Decl., ¶ 6. Further tracing would be extraordinarily time-consuming, burdensome, and in any event futile, since the completed tracing establishes Olympic's Washington citizenship. *Id.* at ¶ ¶ 5, 6. Thus, Olympic respectfully requests that this response be deemed to satisfy the Court's Order to Show Cause.

Respectfully submitted this 10th day of October, 2025.

**Beveridge & Diamond P.C.**

By: */s/ Loren R. Dunn*
Loren R. Dunn (WSBA No. 17135)
ldunn@bdlaw.com
Spencer N. Gheen (WSBA No. 43343)
sgheen@bdlaw.com
Katherine S. O'Keefe (WSBA No. 60492)
kokeefe@bdlaw.com
600 University Street, Ste. 1601
Seattle, WA 98101
Phone: 206-315-4810

Julius M. Redd, *pro hac vice*
jredd@bdlaw.com
1900 N. Street, NW, Ste. 100
Washington, D.C. 20036
Phone: 202-789-6069

*Counsel for Defendant*
*Olympic Pipe Line Company LLC*

OLYMPIC PIPE LINE COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:25-cv-01190-MJP **-** Page 4

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

OLYMPIC PIPE LINE COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:25-cv-01190-MJP - Page 5

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing, which was served on all counsel of record using the Court's CM/ECF system.

DATED: October 10, 2025

*/s/Natasha Johnston*
Natasha Johnston, Legal Assistant
on behalf of Loren R. Dunn

21892194v2  BDFIRM 022754

OLYMPIC PIPE LINE COMPANY LLC'S RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:25-cv-01190-MJP - Page 6

BEVERIDGE & DIAMOND, P.C.
600 University St., Ste. 1601
Seattle, WA 98101
(206) 315-4800