**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

November 13, 2025

King County Superior Court
516 Third Avenue E609
Seattle, WA 98104

RE: *Leon v. Exxon Mobil Corporation et al*
Case #2:25–cv–01190–MJP

Dear Clerk:

Please find enclosed the certified copy of Judge Marsha J. Pechman's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 25–2–15986–8–SEA

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____


Thank you in advance for your cooperation and assistance.

Sincerely,

s/Alejandro Pasaye Hernandez,
*Deputy Clerk*


Enclosures